# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL KARPMAN, | **CASE NO.: 2:19-cv-02732 R (PLAx)** |
| Plaintiff, | District Judge: Manuel L. Real |
| | Magistrate Judge: Paul L. Abrams |
| vs. | |
| | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, a Limited Liability Company; and DOES 1 through 100, inclusive, | |
| | Action Filed: March 6, 2019 |
| Defendants. | Trial: |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

Dated: __October 3__, 2019

_____
HON. PAUL L. ABRAMS
United States Magistrate Judge