JS-6

1  Robert L. Starr (183052)
   robert@starrlaw.com
2  Adam M. Rose (210880)
   adam@starrlaw.com
3  THE LAW OFFICE OF ROBERT L. STARR, APC
   23901 Calabasas Road, Suite 2072
4  Calabasas, California 91302
   Telephone: (818) 225-9040
5  Facsimile: (818) 225-9042

6  Attorneys for Plaintiff
   MICHAEL KARPMAN
7

8  Brian Takahashi (146505)
   brian.takahashi@bomanandbrooke.com
9  Theodore Dorenkamp III (277004)
   theodore.dorenkampIII@bowmanandbrooke.com
10 Bryan A. Reynolds (296434)
   bryan.reynolds@bowmanandbrooke.com
11 BOWMAN & BROOKE, LLP
   970 West 190 Street, Suite 700
12 Torrance, California 90502
   Telephone: (310) 768-3068
13 Facsimile: (310) 719-1019

14 Attorneys for Defendant
   JAGUAR LAND ROVER NORTH AMERICA, LLC
15

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KARPMAN, | CASE: 2:19-cv-02732-RGK-PLA |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER RE JOINT DISMISSAL |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | |
| Defendants. | |

The Court having reviewed the parties' Joint Dismissal and good cause appearing,

1 | IT IS ORDERED that this action be, and hereby is, dismissed in its entirety
2 | without prejudice.
3 | The Court to retain jurisdiction to enforce the terms of the settlement.
4 | IT IS SO ORDERED.
5
6
7 | DATED: May 29, 2020     _____
8 |                          Hon. R. Gary Klausner
                             United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, I filed the foregoing document entitled **[PROPOSED] ORDER RE JOINT DISMISSAL** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

　　　　　　　　　　　　　　　　　*/s/ Bryan A. Reynolds*
　　　　　　　　　　　　　　　　　Bryan A. Reynolds